IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

INTRANSIT, INC., dba UTI
TRANSPORT SOLUTIONS, INC.
an Oregon Corporation,

        Plaintiff,

v.

TRAVELERS PROPERTY AND
CASUALTY COMPANY OF AMERICA,

        Defendant.

Case No. 1:11-CV-03146-CL

**JUDGMENT**

CLARKE, Magistrate Judge.

Judgment is entered for plaintiff Intransit, Inc., dba UTI Transport Solutions, Inc., and against defendant Travelers Property and Casualty Company of America in the amount of $300,000.

IT IS SO ORDERED.

DATED this 24 day of October, 2012

MARK D. CLARKE

United States Magistrate Judge